# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON CROWDER and PEARL CARTER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ALTON, MICHAEL MORELLI, and JEFFREY HENDERSON,<br><br>Defendants. | Case No. 3:17-cv-00896-JPG-GCS<br><br>*CONSOLIDATED WITH*<br><br>3:17-cv-00897-JPG-GCS |

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

The remaining parties—plaintiff Pearl Carter and all defendants—have filed a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 83.) That rule allows the parties to dismiss a case on their own if they file a joint stipulation signed by all parties. Having met the requirements of the rule, the Court **FINDS** that this case is **DISMISSED WITHOUT PREJUDICE**. The Court **DIRECTS** the Clerk of Court to close both this case and its consolidated counterpart.

**IT IS SO ORDERED.**

**DATED: JULY 15, 2019**

> *s/ J. Phil Gilbert*
> **J. PHIL GILBERT**
> **U.S. DISTRICT JUDGE**